# Joe Lee THOMPSON, Appellant,

v.

# TOYOSITY, LLC, Appellee.

## Case No. 5D16–2400

District Court of Appeal of Florida,
Fifth District.

Opinion filed December 13, 2016

Joe Lee Thompson, Merritt Island, pro se.

Jason Zimmerman and Joshua Bachman, of GrayRobinson, P.A., Orlando, for Appellee.

PER CURIAM.

AFFIRMED. See Fla. R. App. P. 9.315(a).

SAWAYA, ORFINGER, and COHEN, J.J., concur.